(June 18, 2015)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC BROWN, Appellant. [10 NYS3d 433]—

Judgment, Supreme Court, New York County (Arlene D. Goldberg, J.), rendered October 18, 2010, convicting defendant, after a nonjury trial, of sexual abuse in the third degree, and sentencing him to a term of 90 days, unanimously affirmed.

The court properly exercised its discretion in admitting testimony that an officer saw defendant follow closely behind four women immediately prior to placing his groin on the victim's buttocks. This evidence was relevant to the contested issue of intent (*see People v Alvino*, 71 NY2d 233, 242 [1987]), and it tended to complete the narrative, explaining the events leading up to defendant's arrest (*see People v Morris*, 21 NY3d 588 [2013]). Moreover, the court expressly stated that, as fact-finder in this nonjury trial, it would not draw any inference of propensity, and the court is deemed capable of keeping that promise (*see People v Moreno*, 70 NY2d 403 [1987]). Concur—Gonzalez, P.J., Tom, Friedman and Kapnick, JJ.

■ LYDIA ORTIZ, Respondent, v 424 SHEVA REALTY ASSOCIATES LLC et al., Appellants. [10 NYS3d 434]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Alison Y. Tuitt, J.), entered on or about July 31, 2014, and a motion having been made for a stay of trial, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated June 10, 2015, it is unanimously ordered that said appeal and motion be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Gonzalez, P.J., Tom, Friedman and Kapnick, JJ.